AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

NATIONAL SEMICONDUCTOR CORPORATION )
_____ )
                 Plaintiff                  )
                    v.                      )   Civil Action No. 08-461
LSI CORPORATION and AGERE SYSTEMS INC.      )
_____ )
                 Defendant                  )

## Summons in a Civil Action

To: *(Defendant's name and address)*

AGERE SYSTEMS INC.
c/o The Corporation Trust Company
 Registered Agent
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard L. Horwitz, Esq.  (#2246)
Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951, Wilmington, DE  19899  (302) 984-6000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/08

Name of clerk of court

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Agere Systems Inc., by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
The Corporation Trust Company 1209 Orange St Wilmington DE; or
Person accepting: Scott LaScala at 11:10 AM on 7/25/08
 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: July 25, 2008

_____
Server's signature

Matthew D Gordon
Printed name and title

230 N Market St Wilmington DE 19801
Server's address