IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL SEMICONDUCTOR CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08-461-GMS |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| LSI CORPORATION and AGERE SYSTEMS INC., | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff National Semiconductor Corporation ("NSC") states that FMR LLC and Relational Investors, LLC each own 10% or more of NSC's stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Brian E. Ferguson
Ronald J. Pabis
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005
(202) 682-7000

Matthew D. Powers
Jason D. Kipnis
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Dated: July 31, 2008
876706

By: _____
Richard L. Horwitz (#2246)
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
provner@potteranderson.com

*Attorneys for Plaintiff*
*National Semiconductor Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 31, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following parties as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

LSI Corporation
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Agere Systems Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com