IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SEMICONDUCTOR CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION and AGERE SYSTEMS, INC.,<br><br>　　　　　　　　　　Defendants. | C.A. No. 08-461-GMS |

**STIPULATION AND ORDER**

WHEREAS, plaintiff National Semiconductor Corporation has asserted two patents against defendants LSI Corporation and Agere Systems, Inc.;

WHEREAS, the patents relate to semiconductor technology and the subject matter covered by the patents is of a highly technical nature; and

WHEREAS, defendants seek additional time to review sufficiently the asserted patents, their prosecution histories, prior art and other information to develop a responsive pleading;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants to move, answer or otherwise plead in response to the Complaint is extended until September 29, 2008.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Philip A. Rovner* | */s/ Rodger D. Smith II* |
| Richard L. Horwitz (#2246)<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>provner@potteranderson.com<br>   *Attorneys for Plaintiff* | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br>   *Attorneys for Defendants* |

SO ORDERED this ___ day of _____ 2008.

_____
United States District Court Judge

2446007