## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL SEMICONDUCTOR CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-461-GMS |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| LSI CORPORATION and AGERE SYSTEMS INC., | ) ) ) ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brian E. Ferguson, Esq. and Ronald J. Pabis, Esq., Weil, Gotshal & Manges LLP, 1300 Eye Street, NW, Washington, DC 20005 to represent plaintiff National Semiconductor Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Dated: August 15, 2008
877242

*Attorneys for Plaintiff*
*National Semiconductor Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____

United States District Judge

<u>CERTIFICATION</u>

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

■ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/5/08

Brian E. Ferguson
Weil, Gotshal & Manges LLP
1300 Eye Street NW
Suite 900
Washington, DC 20005
(202) 682-7000
Brian.ferguson@weil.com

<u>CERTIFICATION</u>

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☑ will be submitted to the Clerk's Office upon the filing of this motion.

Date: _08/05/08_

Ronald J. Pabis
Weil, Gotshal & Manges LLP
1300 Eye Street NW
Suite 900
Washington, DC 20005
(202) 682-7000
Ronald.pabis@weil.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 15, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
rsmith@mnat.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

878625